# IN THE UNTIED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| JAMES A. MITCHEM, individually and on behalf of a class of similarly situated persons, ) ) ) | |
| Plaintiff, ) ) | 09 C 7274 |
| v. ) ) | Judge Guzman |
| ILLINOIS COLLECTION SERVICE, INC., ) ) | |
| Defendant. ) ) | |

**PLAINTIFF'S MOTION FOR A STATUS CONFERANCE**

NOW COMES, Plaintiff James A. Mitchem ("Plaintiff"), by and through his counsel, and requests this Honorable Court to hold a status conference on this motion's presentment date to address the following outstanding issues:

1. Currently, there are no dates scheduled before this Court and the Court has deferred summary judgment briefing until the class certification issue has been resolved.

2. Whether the Court will issue an Order under Rules 23(c)(1) and (c)(2) certifying Count II, the Telephone Communication Protection Act ("TCPA") class: (a) defining the class, as suggested in Plaintiff's reply memorandum, (Doc. 68, p. 11); (b) appointing class counsel under Rule 23(g); and (c) permitting class counsel to provide notice to approximately 450 class members as determined by Defendant's records.

3. The entry of a briefing schedule on Defendant's Motion for Summary Judgment on Plaintiff's Individual TCPA claim, (Doc. 18), and Plaintiff's combined Cross-Motion for Summary Judgment and Response on his class TCPA claim.[1]

---

[1] Plaintiff's combined Cross-Motion and Response has been drafted and is ready to be filed.

    4.       The entry of a scheduling order setting pretrial and trial dates regarding Count II.

    5.       The parties have settled on a class basis, Count I – Fair Debt Collection Practice Act, claim. However, Defendant has not responded to Plaintiff's September 22, 2010 revised set of proposed settlement documents.

WHEREFORE, Plaintiff requests this Honorable Court to hold a status conference in which the issues above may be presented to the Court.

                              Respectfully submitted,

                              <u>s/ Curtis C. Warner</u>
                                 Curtis C. Warner

Curtis C. Warner
Warner Law Firm, LLC
155 N. Michigan Ave. Ste. 560
Chicago, IL 60601
(312) 238-9820 (TEL)