IN THE UNTIED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| JAMES A. MITCHEM, individually and on behalf of a class of similarly situated persons,  )<br><br>Plaintiff,  )<br><br>v.  )<br><br>ILLINOIS COLLECTION SERVICE, INC.,  )<br><br>Defendant.  ) | 09 C 7274<br><br>Judge Guzmán |

**PLAINTIFF'S CROSS-MOTION FOR SUMMARY JUDGMENT**

James A. Mitchem ("Plaintiff"), individually and on behalf of the certified class, motions this Honorable Court for entry of summary judgment in Plaintiff's and the certified class' favor on Count II of the Complaint, violation of the Telephone Consumer Protection Act, 47 U.S.C § 227, ("TCPA"). In support of his motion, Plaintiff submits his combined Memorandum of Law in Support of his Cross-Motion for Summary Judgment and Response in Opposition to Defendant's Motion for Summary Judgment.

Respectfully submitted,

By: /s/ Curtis C. Warner
Curtis C. Warner

Curtis C. Warner
Warner Law Firm, LLC
155 N. Michigan Avenue, Suite 560
Chicago, Illinois 60601
(312) 238-9820 (TEL)
*Counsel for Plaintiff and the Certified Class*

## CERTIFICATE OF SERVICE

I, Curtis C. Warner, hereby certify that on **January 19, 2011**, I filed electronically **Plaintiff's Cross-Motion for Summary Judgment** using the Court's CM/ECF system, which automatically will send notice to those parties who have appeared and are so registered to the following:

David M. Schultz
Peter E. Peterson
Avanti Deepak Bakane
Hinshaw & Culbertson LLP
222 No. LaSalle St., Ste. 300
Chicago, IL 60601-1081

                                             Respectfully submitted,

                                             By: /s/ Curtis C. Warner
                                                    Curtis C. Warner

Curtis C. Warner
Warner Law Firm, LLC
155 N. Michigan Avenue, Suite 560
Chicago, Illinois 60601
(312) 238-9820 (TEL)
*Counsel for Plaintiff and the Certified Class*