IN THE UNTIED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| JAMES A. MITCHEM, individually and on behalf of a class of similarly situated persons, | ) ) ) | |
| Plaintiff, | ) ) | 09 C 7274 |
| v. | ) ) ) | Judge Guzmán |
| ILLINOIS COLLECTION SERVICE, INC., | ) ) | |
| Defendant. | ) | |

**PLAINTIFF'S MOTION TO STRIKE DEFENDANT'S
ADDITIONAL STATEMENT OF MATERIAL FACTS
REGARDING WILFULNESS**

**NOW COMES,** Plaintiff James A. Mitchem ("Plaintiff") by and though his counsel and requests this Honorable Court to strike Defendant Illinois Collection Service, Inc.'s "Statement of Additional Facts Regarding Plaintiff's Allegation of Willfulness", (Doc. 110, pp. 9-10, ¶¶ 1-4).

In support of this motion Plaintiff states:

Defendant in its opening motion for summary judgment and its memorandum in support did not raise the argument that its conduct was not willful. (Doc.s 85-86). Likewise, neither in Plaintiff's opening cross-motion for summary judgment or its amended memorandum in support raise the argument that Defendant's conduct was willful. (Doc.s 91, 101). Because neither party in their opening motions for summary judgment or their memoranda raised the issue of willfulness the issue has been waived. *United States v. Dabney*, 498 F.3d 455, 460 (7th Cir. 2007).

Defendant however asserts additional facts in its combined reply / response regarding the issue of willfulness. (Doc. 110, pp. 9-10, ¶¶ 1-4). Therefore, because the argument on willfulness

has been waived, Plaintiff should not need to respond to Defendant's additional facts on the issue of willfulness.

      WHEREFORE, Plaintiff requests this Honorable Court to strike Defendant Illinois Collection Service, Inc.'s Statement of Additional Facts Regarding Plaintiff's Allegation of Willfulness, (Doc. 110, pp. 9-10, ¶¶ 1-4).

                                                    Respectfully submitted,

                                                    s/ Curtis C. Warner
                                                      Curtis C. Warner

Curtis C. Warner
Warner Law Firm, LLC
155 N. Michigan Avenue, Suite 560
Chicago, Illinois 60601
(312) 238-9820 (TEL)