**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| JAMES A. MITCHEM, individually and on behalf of a class of similarly situated persons,<br><br>        Plaintiff,<br>v.<br><br>ILLINOIS COLLECTION SERVICE, INC.,<br><br>        Defendant. | Case No.: 09 C 7274<br><br>Judge Guzmán<br><br>Magistrate Judge Valdez |

**CERTIFICATE OF COMPLIANCE WITH CLASS ACTION FAIRNESS ACT'S NOTIFICATION REQUIREMENTS**

Defendant, ILLINOIS COLLECTION SERVICE, INC. ("ICS"), by its attorneys, David M. Schultz, Peter E. Pederson and Avanti D. Bakane, and in accordance with ¶ 8 of the Court's Preliminary Approval Order (Docket # 119), files this Certificate of Compliance with the notification provisions of the Class Action Fairness Act ("CAFA") of 2005, 28 U.S.C. § 1715(b).

1. As required by 28 U.S.C. § 1715(b), on April 15, 2011, defense counsel served, via U.S. Mail, the U.S. Attorney General and the Illinois Attorney General with a CAFA notice enclosed with the complaint, the settlement documents in this action, and the proposed notice of the settlement.

2. After sending the first CAFA notice, defense counsel obtained the class list and discovered that a handful of class members had last known addresses outside of Illinois. Accordingly, on April 19, 2011 and May 3, 2011, defense counsel sent supplemental CAFA notices with the required supporting documents to the appropriate state officials in the other states where class members' last known addresses were located.

3. A copy of the notices enclosing the foregoing documents is attached as an appendix.

4. The notices included all materials and information required by 28 U.S.C. §1715(b)(1) through (b)(8).

5. Under penalty of perjury under the laws of the United States of America, the undersigned certifies that the statements set forth in this certificate are true and correct, to the best of the undersigned's knowledge and belief.

                    Respectfully submitted,

                    HINSHAW & CULBERTSON LLP

                    By: s/ Peter E. Pederson
                         One of the attorneys for Defendants

David M. Schultz
Peter E. Pederson
Avanti D. Bakane
Hinshaw & Culbertson LLP
222 N. LaSalle, Suite 300
Chicago, IL 60601
312-704-3000

3

## CERTIFICATE OF SERVICE

I, the undersigned attorney, certify that on May 5, 2011, I served this document and its attachments using the Court's CM/ECF system, which will make an electronic copy of the documents available to counsel of record below.

                                                      s/ Peter E. Pederson

## SERVICE LIST

Curtis C. Warner, Esq.
cwarner@warnerlawllc.com
Millennium Park Plaza
155 N. Michigan Ave. Ste. 560
Chicago, IL 60601
312-238-9820 (telephone)

130092238v1 07791