# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| **JAMES A. MITCHEM**, individually and on behalf of a class of similarly situated persons, | )<br>)<br>) |
| Plaintiff, | )<br>) **Case No.: 09 C 7274**<br>) |
| v. | ) **Judge Guzmán**<br>) |
| **ILLINOIS COLLECTION SERVICE, INC.**, | ) **Magistrate Judge Mason**<br>)<br>) |
| Defendant. | ) |

## DEFENDANT'S MOTION FOR FINAL APPROVAL OF CLASS SETTLEMENT

Defendant, ILLINOIS COLLECTION SERVICE, INC. ("ICS"), respectfully moves this Honorable Court to grant final approval to the class settlement agreement and to enter a final approval order in the form attached as Exhibit 3 to the motion for preliminary approval. [DE # 115]. In support of this motion, ICS submits the attached memorandum of law.

        Respectfully submitted

        ILLINOIS COLLECTION SERVICE, INC.


        By:   /s/ Peter E. Pederson
            One of its Attorneys

David M. Schultz
Peter E. Pederson
Avanti Bakane
HINSHAW & CULBERTSON LLP
222 N. LaSalle Street, Suite 300
Chicago, Illinois 60601
(312) 704-3000
Fax: (312) 704-3001

## CERTIFICATE OF SERVICE

       The undersigned attorney certifies that on August 29, 2011, he served this document by filing it with the Court's CM/ECF system, which will make copies of the documents available to all counsel of record.

                                                          /s/ Peter E. Pederson

## Service List

Curtis C. Warner, Esq. <cwarner@warnerlawllc.com>
Millennium Park Plaza
155 N. Michigan Ave. Ste. 560
Chicago, IL 60601

130159974v1 0907481 07791