**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| JAMES A. MITCHEM, individually and on behalf of a class of similarly situated persons, | ) ) ) | |
| Plaintiff, | ) ) | Case No.: 09 C 7274 |
| v. | ) ) | Judge Guzmán |
| ILLINOIS COLLECTION SERVICE, INC., | ) ) | Magistrate Judge Valdez |
| Defendant. | ) | |

**NOTICE OF PAYMENT OF CY PRES AWARD**

Plaintiff, JAMES A. MITCHEM ("Plaintiff"), individually, and as representative of the class, and Defendant, ILLINOIS COLLECTION SERVICE, INC. ("ICS"), hereby notify the Court of the following:

1. On November 7, 2011, the settlement administrator, First Class, Inc., mailed settlement checks to the 78 the class members whose claim forms were deemed proper in the Court's final approval order. The total class settlement fund was $3,000, and each of the class members was sent a check in the amount of $38.46.

2. Any uncashed checks became void 60 days thereafter, on January 6, 2012.

3. As of January 6, 2012, six settlement checks had not been cashed, in the total amount of $230.88 ($3,000 less 72 checks times $38.46 per check).

4. On January 18, 2012, counsel for the parties caused a check in the amount of the unclaimed funds ($230.88) to be delivered to Chicago Volunteer Legal Services Foundation, the cy pres recipient designated in the class settlement agreement and the final approval order. A copy of the check and the cover letter is attached as Exhibit A.

| | |
|---|---|
| Curtis C. Warner, Esq.<br><cwarner@warnerlawllc.com><br>Millennium Park Plaza<br>155 N. Michigan Ave. Ste. 560<br>Chicago, IL 60601<br>312-238-9820 (telephone) | Respectfully submitted,<br><br>JAMES. A. MITCHEM<br><br><br>By: /s/ Curtis C. Warner<br>       One of his Attorneys |
| David M. Schultz<br>Peter E. Pederson<br>Avanti Bakane<br>HINSHAW & CULBERTSON LLP<br>222 N. LaSalle Street<br>Suite 300<br>Chicago, Illinois  60601<br>(312) 704-3000<br>**Fax:**  (312) 704-3001<br>dschultz@hinshawlaw.com<br>ppederson@hinshawlaw.com<br>abakane@hinshawlaw.com | Respectfully submitted,<br><br>ILLINOIS COLLECTION SERVICE, INC.<br><br><br>By: /s/ Peter E. Pederson<br>       One of its Attorneys |

130081978v1 0907481 07791

## CERTIFICATE OF SERVICE

      The undersigned attorney certifies that on January 18, 2012, he served this document by filing it with the Court's CM/ECF system, which will make copies of the documents available to all counsel of record.

                                        /s/ Peter E. Pederson

## Service List

Curtis C. Warner, Esq. <cwarner@warnerlawllc.com>
Millennium Park Plaza
155 N. Michigan Ave. Ste. 560
Chicago, IL 60601

130081978v1 0907481 07791