AO 450(Rev. 5/85)Judgment in a Civil Case

# United States District Court
## Northern District of Illinois
**Eastern Division**

Mitchem                               **JUDGMENT IN A CIVIL CASE**

             v.                                    Case Number: 09 C 7274

Illinois Collection Service, Inc.

☐      Jury Verdict. This action came before the Court for a trial by jury. The issues have been tried and the jury rendered its verdict.

■      Decision by Court. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS HEREBY ORDERED AND ADJUDGED that for the reasons set forth in this order, the Court finds that there is no genuine issue of material fact on the TCPA claim plaintiff asserts against defendant, on his own behalf and that of a class, which is the only claim remaining in this suit, and defendant is entitled to judgment as a matter of law on it. Accordingly, the Court grants defendant's motion for summary judgment [85], denies plaintiff's cross-motion for summary judgment [91] and terminates this case.

                                   Thomas G. Bruton, Clerk of Court

Date: 1/20/2012                              _____

                                         /s/ Carole Gainer, Deputy Clerk